UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WAYNE HOSPITAL COMPANY d/b/a
WAYNE HEALTHCARE,

        Plaintiff,

-v-

CHRISTOPHER T. PALMER d/b/a
DARKE COUNTY CREDIT BUREAU,

        Defendant.

Case No.  3:13-cv-069

Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

---

**ENTRY AND ORDER OVERRULING WAYNE HEALTHCARE'S OBJECTIONS (Doc. #20) TO THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; ADOPTING THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #19) IN ITS ENTIRETY; GRANTING PALMER'S MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. #16); DISMISSING WAYNE HEALTHCARE'S FAIR DEBT COLLECTION PRACTICES ACT CLAIMS AGAINST PALMER WITH PREJUDICE, DISMISSING WAYNE HOSPITAL'S REMAINING STATE-LAW CLAIMS AGAINST PALMER WITHOUT PREJUDICE TO RENEWAL IN STATE COURT AND TERMINATING THIS CASE**

---

Plaintiff Wayne Hospital Company, d/b/a Wayne Healthcare ("Wayne Healthcare") brought this action against Defendant Christopher Palmer ("Palmer"), d/b/a Darke County Credit Bureau, for alleged violations of the federal Fair Debt Collection Practices Act ("FDCPA") and for various alleged violations of state law. On October 21, 2013, Chief Magistrate Judge Sharon L. Ovington issued a Report and Recommendations recommending that Palmer's Motion for Judgment On the Pleadings (doc. #16) be granted, that Wayne Healthcare's FDCPA claims against Palmer be dismissed with prejudice and that Wayne Healthcare's remaining state-law claims against Palmer be dismissed without prejudice to renewal in state court. (Doc. #19.)

Wayne Healthcare subsequently objected to this Report and Recommendations (doc. #20) and Palmer responded to Wayne Healthcare's Objections (doc. #21). This matter is, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Wayne Healthcare's Objections to the Chief Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Chief Magistrate Judge's Report and Recommendations is adopted in its entirety.

Palmer's Motion for Judgment On the Pleadings (doc. #16) is granted. Wayne Healthcare's FDCPA claims against Palmer are dismissed with prejudice. Wayne Healthcare's state-law claims against Palmer are dismissed without prejudice to renewal in state court. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Fourteenth Day of November, 2013.

                                                         **s/Thomas M. Rose**
                                                        _____
                                                          THOMAS M. ROSE
                                        UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record